IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **14-cv-2350-AP**

**RYANNE J. SHEELEY,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

## ORDER GRANTING SENTENCE SIX REMAND

Kane, J.

This matter is before me on Defendant's Unopposed Motion to Remand Pursuant to Sentence six of 42 U.S.C. § 405(g) (Doc. 9).  The motion is **GRANTED**.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g).

Dated:  October 28, 2014.

                                                 *s/John L. Kane*
                                                 SENIOR U.S. DISTRICT JUDGE