IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **14-cv-2350-AP**

**RYANNE J. SHEELEY,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

Defendant's Unopposed Motion to Reopen (Doc. #11), filed June 23, 2015, is

**GRANTED**.

This civil action is **REOPENED** for further proceedings.

Dated:  June 23, 2015.

BY THE COURT:

*s/John L. Kane*
SENIOR U.S. DISTRICT COURT JUDGE