UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-02350-WYD

RYANNE J. SHEELEY,

    Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THE COURT, having reviewed Plaintiff's Unopposed Motion for Leave for Late Filing of Proposed Exhibits 15F and 17F (ECF No. 24), finds that the motion should be **GRANTED.**  Accordingly, these proposed exhibits are accepted for filing.

    Dated:  September 17, 2015