IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-02350-WYD

RYANNE J. SHEELEY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Daniel, J.**

    Defendant's Unopposed Motion for Remand (ECF No. 28), seeking entry of judgment and a remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g), is **GRANTED**.  The final decision of the agency is **REVERSED** and the case **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council will instruct the ALJ to exhibit and consider the evidence not exhibited, consider the new evidence, and issue a decision.

    The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated: October 19, 2015

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE